| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Robbins Service Group, LLC**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
**DBA Whispering Pines Landscaping**

**3. Debtor's federal Employer Identification Number** (EIN)  
**85-1726879**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4340 N NC 16 Business Highway**<br>**Denver, NC 28037**<br>Number, Street, City, State & ZIP Code | **8226 Village Harbor Drive**<br>**Cornelius, NC 28031**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Lincoln**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
**www.wplkn.com**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Robbins Service Group, LLC**_____   Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5617__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Robbins Service Group, LLC** _____ Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor **Robbins Service Group, LLC** _____ Case number (*if known*)_____
     Name

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor **Robbins Service Group, LLC**      Case number (*if known*)
    Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2023**
               MM / DD / YYYY

**X**   **/s/ Michael A. Robbins**        **Michael A. Robbins**
     Signature of authorized representative of debtor      Printed name

Title    **President/CEO**

---

**18. Signature of attorney**

**X**   **/s/ Matthew L. Tomsic**       Date   **May 15, 2023**
     Signature of attorney for debtor                          MM / DD / YYYY

**Matthew L. Tomsic**
Printed name

**Rayburn Cooper & Durham, P.A.**
Firm name

**227 West Trade Street, Suite 1200**
**Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone   **704-334-0891**      Email address   **mtomsic@rcdlaw.net**

**52431 NC**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name: **Robbins Service Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 15, 2023**    X **/s/ Michael A. Robbins**
Signature of individual signing on behalf of debtor

**Michael A. Robbins**
Printed name

**President/CEO**
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Robbins Service Group, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** PO Box 6031 Carol Stream, IL 60197 | | **Credit card** | | | | $78,394.24 |
| **Chase** PO Box 1423 Charlotte, NC 28201 | | **Credit card** | | | | $38,540.74 |
| **Cintas** PO Box 631025 Cincinnati, OH 45632 | | **Supplies** | | | | $5,691.00 |
| **Clark Caniff** 145 S. Livernois, Suite 240 Rochester Hills, MI 48307 | | **Recruiting fees** | | | | $30,000.00 |
| **Davenport Law** 5900 South Lake Forest Dr., Suite 300 Mckinney, TX 75070 | | **Professional fees** | **Disputed** | | | $18,750.00 |
| **EBF Holdings, LLC dba Everest Business Funding** 102 West 38th Street, 6th Floor New York, NY 10018 | | **Merchant Cash Advance loan** | **Disputed** | | | $69,360.00 |
| **Erie Insurance** 100 Erie Insurance Place Erie, PA 16530 | | **Insurance** | | | | $43,309.98 |
| **First Citizens Bank & Trust Company** 4300 Six Forks Road Raleigh, NC 27609 | | | | | | $48,391.67 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Robbins Service Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Global Merchant Cash**<br>64 Beaver St., Suite 415<br>New York, NY 10004 | | Merchant Cash Advance loan | Disputed | | | $66,000.00 |
| **Green Resources**<br>PO Box 429<br>Colfax, NC 27235 | | Materials | | | | $63,966.89 |
| **Greenberg, Grant & Richards, Inc.**<br>5858 Westheimer Rd., Suite 500<br>Houston, TX 77057 | | Third-Party Collections Debt | Disputed | | | $23,347.72 |
| **Kalamata Capital Group, LLC**<br>Berkovitch & Bouskila, PLLC<br>1545 Route 202, Ste. 101<br>Pomona, NY 10970 | | Merchant Cash Advance loan | Disputed | | | $93,500.00 |
| **Navitas Credit Corp.**<br>201 Executive Center Dr., Suite 100<br>Columbia, SC 29210 | | Equipment | | | | $194,638.21 |
| **Patten Seed Company/Super Sod**<br>PO Box 217<br>Lakeland, GA 31635 | | Materials | | | | $11,347.40 |
| **Perennial Groves**<br>1400 N. Highway 16<br>Denver, NC 28037 | | Materials | | | | $20,870.95 |
| **Shell Small Business (WEX Bank)**<br>PO Box 6293<br>Carol Stream, IL 60197 | | Fleet, equipment fuel | | | | $41,890.84 |
| **Site One**<br>300 Colonial Center Parkway, Suite 600<br>Roswell, GA 30076 | | Materials, tools | | | | $68,887.85 |
| **UCB Visa (Elan Financial Services)**<br>PO Box 790408<br>St Louis, MO 63178 | | Credit card | | | | $15,705.77 |
| **United Community Bank**<br>9906 Knockando Ln<br>Huntersville, NC 28078 | | SBA loan | | | | $508,314.08 |

Debtor **Robbins Service Group, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **White Road Capital, LLC**<br>**dba Global Funding Experts Holdings**<br>**27-01 Queens Plaza North, Suite 802**<br>**Long Island City, NY 11101** | | **Merchant Cash Advance loan** | **Disputed** | | | **$231,360.00** |

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Robbins Service Group, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael A. Robbins** | | 50 | Member |
| **Roberta I. Robbins** | | 50 | Member |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President/CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 15, 2023**

Signature **/s/ Michael A. Robbins**

**Michael A. Robbins**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Robbins Service Group, LLC**                             Case No.
                               Debtor(s)                           Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 15, 2023**                    **/s/ Michael A. Robbins**
                                            **Michael A. Robbins**/**President/CEO**
                                            Signer/Title

```
3D Worldwide, LLC
The Deaton Law Firm, PLLC
3638 N. Hwy 16
Denver, NC 28037


A Sani-Can
8151 Webbs Rd.
Denver, NC 28037


ADT Headquarters
1501 Yamato Rd.
Boca Raton, FL 33431


Ally Financial
PO Box 380901
Bloomington, MN 55438


American Express
PO Box 6031
Carol Stream, IL 60197


Argos
455 South Johnston St.
Dallas, GA 30132


Artisan Signs
18335 Old Statesville Road "L"
Cornelius, NC 28031


Aspire, LLC
390 S Woodsmill Rd
Chesterfield, MO 63017


Capital One
PO Box 71087
Charlotte, NC 28272


Carolina Foundation Solutions & Supply
10810 Southern Loop Blvd, Suite 17
Pineville, NC 28134


Chase
PO Box 1423
Charlotte, NC 28201
```

Cintas
PO Box 631025
Cincinnati, OH 45632

Clark Caniff
145 S. Livernois, Suite 240
Rochester Hills, MI 48307

Coast
PO Box 483
New York, NY 10014

Cooke Rentals
5743 Highway 150 East
Denver, NC 28037

Davenport Law
5900 South Lake Forest Dr., Suite 300
Mckinney, TX 75070

DeLage Landen Financial
1111 Old Eagle School Road
Wayne, PA 19087

Duke Energy Headquarters
526 S. Church St.
Charlotte, NC 28202

EBF Holdings, LLC
dba Everest Business Funding
102 West 38th Street, 6th Floor
New York, NY 10018

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

First Citizens Bank & Trust Company
4300 Six Forks Road
Raleigh, NC 27609

General Motors Financial Company, Inc.
PO Box 183593
Arlington, TX 76096-3834

Global Merchant Cash
64 Beaver St., Suite 415
New York, NY 10004

Great Lakes Petroleum
5001 Wilkinson Blvd
Charlotte, NC 28208

Green Grass Capital
1 Whitehall St., Suite 200
New York, NY 10004

Green Resources
PO Box 429
Colfax, NC 27235

Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd., Suite 500
Houston, TX 77057

Ground Technological Services
2067 Hwy 16 N Business
Denver, NC 28037

Headrick Outdoor Media
1 Freedom Square
Laurel, MS 39440

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30-133
Philadelphia, PA 19104-5016

Interstate Supplies & Service
511 Union West Blvd
Stallings, NC 28104

Isuzu Finance of America, Inc.
2500 Westchester Ave., Suite 312
Purchase, NY 10577

Kalamata Capital Group, LLC
Berkovitch & Bouskila, PLLC
1545 Route 202, Ste. 101
Pomona, NY 10970

Lincoln County
c/o Megan Gilbert, County Attorney
353 N. Generals Blvd.
Lincolnton, NC 28092

Lyon Financial
118 Morlake Dr., Suite 202
Mooresville, NC 28117

Markham Landscape Products
P O Box 481029
Charlotte, NC 28269

Martin Marietta
PO Box 30013
Raleigh, NC 27622

Mitsubishi HC Capital America
800 Connecticut Ave.
4th Floor North
Norwalk, CT 06854-1631

Navitas Credit Corp.
201 Executive Center Dr., Suite 100
Columbia, SC 29210

NC Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

NewCo Capital Group VI LLC
The Law Offices of Jason Gang, PLLC
1245 Hewlett Plaza #478
Hewlett, NY 11557

Partners Insurance Agency, Inc.
17505 W. Catawba Ave., Ste. 250
Cornelius, NC 28031


Patten Seed Company/Super Sod
PO Box 217
Lakeland, GA 31635


Perennial Groves
1400 N. Highway 16
Denver, NC 28037


PNC Equipment Finance, LLC
655 Business Center Drive, Suite 250
Horsham, PA 19044


Quickbooks Payroll
Intuit Corporate Headquarters
2632 Marine Way
Mountain View, CA 94043


Race City Steel
4052 N NC Highway 16
Denver, NC 28078


RS Braswel
485 S. Cannon Blvd
Kannapolis, NC 28083


Rush Truck Centers of Georgia, Inc.
2120 Atlanta Rd SE
Smyrna, GA 30080-1518


Securities & Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1382


Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Shell Small Business (WEX Bank)
PO Box 6293
Carol Stream, IL 60197

Site One
300 Colonial Center Parkway, Suite 600
Roswell, GA 30076

Southern Landscape Design
3821 Davis Dr
Charlotte, NC 28270

Spectrum Business Headquarters
400 Atlantic Street
Stamford, CT 06901

Stevens-Weir Southern
1523 S Anderson Rd
Rock Hill, SC 29730

Summit Vendor Finance
4680 Parkway Drive, Suite 300
Mason, OH 45040

T3 Computer Services
645 Kannapolis Pkwy
Concord, NC 28027

The Sagamore Companies
2001 Barlow Road
Hudson, OH 44236

Toyota Industries Commercial Finance Inc
PO Box 9050
Dallas, TX 75019-9050

UCB Visa (Elan Financial Services)
PO Box 790408
St Louis, MO 63178

United Community Bank
9906 Knockando Ln
Huntersville, NC 28078

```
US Attorney's Office
1700 Carillon
227 West Trade Street
Charlotte, NC 28202


Verizon Wireless Headquarters
1095 Avenue of the Americas
New York, NY 10013


Vermeer All Roads
925 Merritt Blvd
Baltimore, MD 21222


Western Equipment Finance
PO Box 640
Devils Lake, ND 58301


White Road Capital, LLC
dba Global Funding Experts Holdings
27-01 Queens Plaza North, Suite 802
Long Island City, NY 11101
```

# United States Bankruptcy Court
## Western District of North Carolina

In re **Robbins Service Group, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Robbins Service Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 15, 2023**  
Date

**/s/ Matthew L. Tomsic**  
**Matthew L. Tomsic**  
Signature of Attorney or Litigant  
Counsel for **Robbins Service Group, LLC**  
Rayburn Cooper & Durham, P.A.  
227 West Trade Street, Suite 1200  
Charlotte, NC 28202  
704-334-0891  
mtomsic@rcdlaw.net